Case Numbers: 21-55118; 21-55157

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

CHRISTOPER GARNIER, KIMBERLY GARNIER,

Plaintiffs-Appellees

v.

MICHELLE O'CONNOR-RATCLIFF, T.J. ZANE,

Defendants-Appellants.

---

### APPELLANTS' EXCERPTS OF RECORD INDEX

---

Appeal from Judgment and Post-Judgment Orders
Honorable Roger T. Benitez
United States District Court – Southern Division
Case No: 3:17-cv-02215-W-JLB

---

ARTIANO SHINOFF
Jack M. Sleeth, Jr., Esq. (SBN 108638)
Paul V. Carelli, IV, Esq. (SBN 190773)
3636 Fourth Avenue, Suite 200
San Diego, CA 92103
Telephone: (619) 232-3122
Attorneys for Appellants
Michelle O'Connor-Ratcliff, T.J. Zane

# INDEX
# APPELLANTS' EXCERPTS OF RECORD

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| **VOLUME 1 of 9** | | | | |
| 1 | 04/5/21 | 112 | Order Denying With Prejudice [Doc. 108] Defendant's Motion to Re-tax Costs | 2 |
| 1 | 02/22/21 | 104 | Order Denying Without Prejudice Plaintiffs' Motion for Attorney's Fees | 3 |
| 1 | 02/19/21 | 101 | Costs Taxed in Amount of $2,865.35, Against Michelle O'Connor Ratcliff, T.J. Zane | 4-7 |
| 1 | 01/15/21 | 90 | Judgment | 8 |
| 1 | 01/14/21 | 89 | Findings of Fact and Conclusions of Law | 9-39 |
| **VOLUME 2 of 9** | | | | 40 |
| 2 | 03/15/21 | 109 | Transcript Designation and Ordering Form by Michelle O'Connor-Ratcliff, T.J. Zane for Proceedings Held on 9/21/20, 9/22/20 re Doc 98 Notice of Appeal to the 9th Circuit | 41-45 |
| 2 | 02/24/21 | 108 | Motion to Retax Costs Pursuant to CIV L.R. 54.1 by Michelle O'Connor-Ratcliff, T.J. Zane | 46-47 |
| 2 | 02/24/21 | 108-1 | Memorandum of Points and Authorities in Support of Motion to Retax Costs Pursuant to CIV L.R. 54.1 | 48-52 |
| 2 | 10/27/20 | 86 | Plaintiffs' Amended Closing Brief by Christopher Garnier, Kimberly Garnier | 53-71 |
| 2 | 10/26/20 | 85 | Trial Brief by Christopher Garnier, Kimberly Garnier | 72-88 |
| 2 | 10/26/20 | 84 | Defendants' Closing Trial Brief | 89-109 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 2 | 10/05/20 | 81 | Notice of Filing of Official Transcript (Bench Trial Day 2 - Held on 09/22/20) | 110 |
| 2 | 10/05/20 | 80 | Notice of Filing of Official Transcript (Bench Trial Day 1 – Held on 09/21/20) | 111 |
| 2 | 09/22/20 | 77 | Bench Trial – Defendants' Exhibit List | 112 |
| 2 | 09/22/20 | 76 | Bench Trial – Plaintiffs' Exhibit List | 113 |
| 2 | 09/22/20 | 75 | Bench Trial Witness List | 114 |
| 2 | 07/17/20 | 66 | Minute Entry for Proceedings Held Before Judge Dana M. Sabraw Granting Defendants' Request for Recusal | 115-116 |
| 2 | 07/17/20 | 65 | Defendants' Disclosure and Request for Recusal | 117-120 |
| 2 | 06/05/20 | 63 | Order Granting Defendants' Motion to Continue Trial [Doc 61] | 121-122 |
| 2 | 04/24/20 | 60 | Order Granting Joint Motion to Continue Trial Date | 123-124 |
| 2 | 03/19/20 | 59 | Order to Continue Trial Date [Doc. 58] | 125-126 |
| 2 | 03/18/20 | 58 | Joint Motion for New Trial and [Proposed] Order | 127-131 |
| 2 | 12/17/19 | 52 | Minute Order of Recusal | 132 |
| 2 | 09/26/19 | 42 | Order Granting in Part and Denying in Part [Doc 34] Motion for Summary Judgment | 133-156 |
| 2 | 03/18/19 | 36 | Reply to Response to Motion [Doc. 34] Motion for Summary Judgment | 157-166 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 2 | 03/18/19 | 36-1 | Joint Statement of Undisputed and Disputed Facts | 167-277 |
| 2 | 03/18/19 | 36-2 | Objections to Evidence Submitted by Plaintiffs in Support of Plaintiff's Opposition to Motion for Summary Judgment | 278-283 |
| 2 | 03/11/19 | 35 | Response in Opposition [Doc. 34] re Motion for Summary Judgment | 284-299 |
| 2 | 03/11/19 | 35-1 | Declaration of Christopher Garnier | 300-302 |
| 2 | 03/11/19 | 35-2 | Declaration of Kimberly Garnier | 303-305 |
| 2 | 03/11/19 | 35-3 | Declaration of Nora Pasin | 306-311 |
| 2 | 03/11/19 | 35-4 | Declaration of Cory J. Briggs | 312-315 |
| 2 | 03/11/19 | 35-5 | Exhibit 1 – True and Correct Copies of Excerpts from the Deposition Transcript of Mr. Granier | 316-324 |
| 2 | 03/11/19 | 35-6 | Exhibit 2 – True and Correct Copies of Excerpts from the deposition Transcript of Mr. Granier | 325-330 |
| 2 | 03/11/19 | 35-7 | Exhibit 3 – True and Correct Copies of the Excerpts from the Deposition Transcript of Michelle O'Connor-Ratcliff | 331-337 |
| | | | **VOLUME 3 of 9** | 338 |
| 3 | 03/11/19 | 35-8 | Exhibit 4 – True and Correct Copies of Excerpts from the Deposition Transcript of T. J. Zane | 339-343 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 3 | 03/11/19 | 35-9 | Exhibit 5 – True and Correct Copy of Expert Disclosures Received on December 7, 2018 | 344-348 |
| 3 | 03/11/19 | 35-10 | Exhibit 6 – True and Correct Copy of E-mail exchange between Defense Counsel and Briggs With Aforementioned Expert Disclosures | 349-352 |
| 3 | 03/11/19 | 35-11 | Exhibit 7 – True and Correct Copy of Facebook "Home" Page for Mrs. O'Connor-Ratcliff | 353-522 |
| 3 | 03/11/19 | 35-12 | Exhibit 8 – True and Correct Copy of Facebook "About" Page for Mrs. O'Connor-Ratcliff | 523-524 |
| 3 | 03/11/19 | 35-13 | Exhibit 9 – True and Correct Copy of Mrs. O'Connor-Ratcliff Twitter Feed | 525-550 |
| | | | **VOLUME 4 of 9** | 551 |
| 4 | 03/11/19 | 35-14 | Exhibit 10 – True and Correct Copy of Facebook "About" Page for Mr. Zane | 552-638 |
| 4 | 03/11/19 | 35-15 | Exhibit 11 - True and Correct Copy of Mr. Zane Twitter Feed | 639-642 |
| 4 | 03/11/19 | 35-16 | Exhibit 12 – True and Correct Copy of Facebook's "About" Page | 643-644 |
| 4 | 03/11/19 | 35-17 | Exhibit 13 – True and Correct Copy of Facebook's Instructions for "banning" Someone From Being Able to Interact With a User's Account | 645-647 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 4 | 03/11/19 | 35-18 | Exhibit 14 – True and Correct Copy of Facebook's Instructions for controlling What Someone Can See on a User's Account | 648-650 |
| 4 | 03/11/19 | 35-19 | Exhibit 15 - True and Correct Copy of Twitter's Instructions for "Blocking" | 651-656 |
| 4 | 03/11/19 | 35-20 | Exhibit 16 – True and Correct Copy of Excerpt from Twitter's Letter to Shareholders | 657-660 |
| 4 | 03/11/19 | 35-21 | Exhibit 17 – Kimberly Garnier's View of Michell O'Connor-Ratcliff's Facebook page | 661-664 |
| 4 | 03/11/19 | 35-22 | Exhibit 18 – Christopher Garnier's View of Michell O'Connor-Ratcliff's Facebook page | 665-666 |
| 4 | 03/11/19 | 35-23 | Exhibit 19 – Christopher Garnier's View of T. J. Zane's Facebook Page | 667-668 |
| 4 | 03/11/19 | 35-24 | Exhibit 20 – Christopher Garnier's View of Michell O'Connor-Ratcliff's Twitter Page | 669-671 |
| 4 | 03/11/19 | 35-25 | Exhibit 21 – Screen Shot of Michelle O'Connor-Ratcliff's Facebook Page | 672-677 |
| 4 | 03/11/19 | 35-26 | Exhibit 22 – True and Correct Copy of Twitter's Values | 678-682 |
| 4 | 03/11/19 | 35-27 | Proof of Service Opposition Brief | 683 |
| 4 | 03/11/19 | 35-28 | Request for Judicial Notice | 684-686 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 4 | 03/11/19 | 35-29 | Proof of Service Request for Judicial Notice | 687 |
| 4 | 03/11/19 | 35-30 | Objections to Evidence | 688-695 |
| 4 | 03/11/19 | 35-31 | Proof of Service Objections | 696 |
| 4 | 02/15/19 | 34 | Notice of Motion and Motion for Summary Judgment | 697-700 |
| 4 | 02/15/19 | 34-1 | Memorandum of Points and Authorities in Support of Motion for Summary Judgment | 701-726 |
| 4 | 02/15/19 | 34-2 | Declaration of Jack M. Sleeth | 727-731 |
| 4 | 02/15/19 | 34-3 | Declaration of James Vaughn | 732-735 |
| 4 | 02/15/19 | 34-4 | Declaration of Christine Paik | 736-737 |
| 4 | 02/15/19 | 34-5 | Declaration of T. J. Zane | 738-739 |
| 4 | 02/15/19 | 34-6 | Declaration of Michelle O'Connor-Ratliff | 741-743 |
| 4 | 02/15/19 | 34-7 | Request for Judicial Notice | 744-747 |
| 4 | 02/15/19 | 34-8 | Exhibit List | 748-750 |
| 4 | 02/15/19 | 34-9 | Exhibit A – Petition for Workplace Violence Restraining Order, dated October 21, 2014 | 751-846 |
| **VOLUME 5 of 9** | | | | 847 |
| 5 | 02/15/19 | 34-10 | Exhibit B – Special Motion to Strike the District's Petition, dated January 13, 2015 | 880-921 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 5 | 02/15/19 | 34-11 | Exhibit C – Court's Order Denying the Special Motion to Strike the District's Petition, dated January 13, 2015 | 922-925 |
| 5 | 02/15/19 | 34-12 | Exhibit D – Restraining Order, dated February 6, 2015 | 926-932 |
| 5 | 02/15/19 | 34-13 | Exhibit E – Court's Order, dated April 10, 2015 | 933-941 |
| 5 | 02/15/19 | 34-14 | Exhibit F – Court of Appeal's Order, dated October 26, 2016 | 942-964 |
| 5 | 02/15/19 | 34-15 | Exhibit G – District's Memorandum of Costs on Appeal, dated March 10, 2017 | 965-966 |
| 5 | 02/15/19 | 34-16 | Exhibit H – Abstract of Judgment, dated January 17, 2018 | 967-971 |
| 5 | 02/15/19 | 34-17 | Exhibit I – Complaint Against the District, Dated December 2, 2014 | 972-982 |
| 5 | 02/15/19 | 34-18 | Exhibit J – Statement of Damages, dated February 25, 2015 | 983-984 |
| 5 | 02/15/19 | 34-19 | Exhibit K – Request for Dismissal, dated January 25, 2017 | 985-987 |
| 5 | 02/15/19 | 34-20 | Exhibit L – Court's Judgment Ordering Mr. Garnier to Pay $4,804.00, dated April 7, 2017 | 988-994 |
| 5 | 02/15/19 | 34-21 | Exhibit M – Federal Court Complaint Against the District, dated October 21, 2016 | 995-1009 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 5 | 02/15/19 | 34-22 | Exhibit N – Court's Order of Dismissal, dated April 3, 2017 | 1010-1011 |
| 5 | 02/15/19 | 34-23 | Exhibit O – Order of Dismissal, dated August 7, 2017 | 1012-1014 |
| 5 | 02/15/19 | 34-24 | Exhibit P – Excerpts from Christopher Garnier's Deposition Transcript, dated November 27, 2018 | 1015-1027 |
| 5 | 02/15/19 | 34-25 | Exhibit Q – Excerpts from Kimberly Garnier's Deposition, dated November 19, 2018 | 1028-1046 |
| 5 | 02/15/19 | 34-26 | Exhibit R – Excerpts from T. J. Zane's Deposition Transcript, dated November 26, 2018 | 1047-1075 |
| 5 | 02/15/19 | 34-27 | Exhibit S – Excerpts from Michelle O'Connor-Ratcliff's Deposition Transcript, dated November 20, 2018 | 1076-1104 |
| 5 | 02/15/19 | 34-28 | Exhibit T – Kimberly Garnier's Comments on T.J. Zane's Facebook Campaign Page | 1105-1107 |
| **VOLUME 6 of 9** | | | | 1108 |
| 6 | 02/15/19 | 34-29 | Exhibit U – Christopher and Kimberly Garnier's Comments on Michell O'Connor-Ratcliff's Facebook Campaign Page | 1109-1262 |
| 6 | 02/15/19 | 34-30 | Exhibit V – Christopher Garnier's Tweets and Mentions of Michelle O'Connor Ratcliff's Twitter Campaign Page | 1263-1274 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 6 | 02/15/19 | 34-31 | Exhibit W – Christopher Garnier's Tweets and Mentions of T. J. Zane's Twitter Campaign Page | 1275-1277 |
| 6 | 02/15/19 | 34-32 | Exhibit X – Kimberly Garnier's Tweets and Mentions of T.J. Zane's Twitter Campaign Page | 1278-1280 |
| 6 | 02/15/19 | 34-33 | Exhibit Y – Spreadsheet Which Identifies Each Type of Post and the Number of Times it was Posted by each Plaintiff on each of the Defendants' Social Media Pages | 1281-1292 |
| 6 | 02/15/19 | 34-34 | Exhibit Z – C.V. of James Vaughn | 1293-1299 |
| 6 | 02/15/19 | 34-35 | Exhibit AA – Administrative Regulation 114(b) | 1300-1304 |
| 6 | 01/26/18 | 9 | Notice of Voluntary Dismissal as to Poway Unified School District | 1305 |
| 6 | 01/05/18 | 7 | Notice to Dismiss Plaintiff's Complaint | 1306-1308 |
| 6 | 01/05/18 | 7-1 | Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint | 1309-1322 |
| 6 | 01/05/18 | 7-2 | Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint | 1323-1351 |
| 6 | 01/05/18 | 7-3 | [Proposed] Order re Defendants' Motion to Dismiss Plaintiffs' Complaint | 1352-1354 |

| Vol. | Date Filed | Doc. No. | Document | Page No.'s |
|---|---|---|---|---|
| 6 | 01/05/18 | 6 | Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim by Poway Unified School District | 1355-1356 |
| 6 | 01/05/18 | 6-1 | Memorandum of Points and Authorities | 1357-1365 |
| 6 | 01/05/18 | 6-2 | Request for Judicial Notice | 1366-1367 |
| 6 | 01/05/18 | 6-3 | Notice of Lodgment of Exhibits | 1368-1384 |
| **VOLUME 7 of 9** | | | | 1385 |
| 7 | 01/05/18 | 6-4 | Declaration | 1421-1422 |
| 7 | 01/05/18 | 6-5 | Proof of Service | 1423-1424 |
| 7 | 10/30/17 | 1 | Complaint with Jury Demand | 1425-1483 |

| Vol. | Document | Page No. |
|---|---|---|
| 7 | Reporter's Transcript of Bench Trial Day 1, September 21, 2020 [Doc 80] | 1484 |
| 7 | Garnier, Christopher – Direct Examination | 1500 |
| 7 | Garnier, Christopher – Cross Examination | 1534 |
| 7 | Garnier, Christopher – Redirect Examination | 1557 |
| 7 | Garnier, Christopher – Recross Examination | 1569 |
| 7 | Garnier, Kimberly – Direct Examination | 1570 |
| 7 | Garnier, Kimberly – Cross Examination | 1579 |

| Vol. | Document | Page No. |
|---|---|---|
| 7 | Garnier, Kimberly – Redirect Examination | 1586 |
| 7 | Garnier, Kimberly – Recross Examination | 1592 |
| 7 | Zane, Thomas Joseph – Direct Examination | 1595 |
| 7 | Zane, Thomas Joseph – Cross Examination | 1607 |
| 7 | Zane, Thomas Joseph – Redirect Examination | 1625 |
| 7 | O'Connor-Ratcliff, Michelle – Direct Examination | 1635 |
| 7 | O'Connor-Ratcliff, Michelle – Cross Examination | 1652 |
| 7 | O'Connor-Ratcliff, Michelle – Redirect Examination | 1668 |
| **VOLUME 8 of 9** | | 1684 |
| 8 | Reporter's Transcript of Bench Trial Day 2, September 22, 2020 [Doc. 81] | 1685-1696 |

| Vol. | Trial Exhibit No. | Document | Page No. |
|---|---|---|---|
| 8 | 3 | Michelle O'Connor-Ratcliff – Facebook Home Page from September 8, 2017 | 1697-1866 |
| 8 | 4 | "About" Page for Michelle O'Connor-Ratcliff for Facebook as of September 8, 2017 | 1867 |
| 8 | 5 | Michelle O'Connor-Ratcliff's Twitter Printout from October 26, 2017 | 1868-1892 |
| 8 | 6 | T. J. Zane – Facebook Home Page from September 8, 2017 | 1893-1980 |
| 8 | 7 | "About" Facebook Page for T. J. Zane from September 8, 2017 | 1981 |

| Vol. | Document | Page No. |
|---|---|---|
| **VOLUME 9 of 9** | | 1982 |
| 9 | 13 — Michelle O'Connor-Ratcliff – Facebook Home Page October 26, 2017 | 1983-1985 |
| 9 | 14 — Screen shot of Trustee O'Connor-Ratcliff's Facebook Page | 1986 |
| 9 | 15 — Screen shot of T. J. Zane's Facebook Page | 1987 |
| 9 | 16 — Michelle O'Connor-Ratcliff's Tweets with Replies from Michelle O'Connor-Ratcliff from October 16, 2017 | 1988-1989 |
| 9 | 19 — Michelle O'Connor-Ratcliff's Facebook Home page (MOR000001-MOR000004) | 1990-1994 |
| 9 | U — Comments from Christopher and Kimberly Garnier's Comments O Michell O'Connor-Ratcliff's Facebook Campaign Page – Doc 34-29 (pages 25-130) | 1995-2147 |
| 9 | V — Christopher Garnier's Tweets and Mentions of T. J. Zane's Twitter Campaign Page - (pages 1-11) | 2148-2158 |

| Vol. | Date Filed | Doc. No. | Document | Page No. |
|---|---|---|---|---|
| 9 | 2/12/2021 | 98 | Defendant Michelle O'Connor-Ratcliff and T.J. Zane's Notice of Appeal | 2159 |

| Vol. | Document | Page No. |
|---|---|---|
| 9 | CM/ECF – California Southern District Register of Actions, dated July 15, 2021 | 2160-2171 |