UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, Plaintiffs-Appellees, v. MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, Defendants-Appellants. | No. 21-55118 D.C. No. 3:17-cv-02215-BEN-JLB Southern District of California, San Diego ORDER |
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, Plaintiffs-Appellants, v. MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, Defendants-Appellees. | No. 21-55157 D.C. No. 3:17-cv-02215-BEN-JLB |

Before: BERZON, TALLMAN, and FRIEDLAND, Circuit Judges.

Petitioners-Appellees shall file a supplemental brief concerning the impact of the Supreme Court's opinion in *Lindke v. Freed* 601 U.S. 187 (2024) on this case. The brief shall contain no more than 20 pages or 5,600 words and shall be submitted no later than 45 days after entry of this order. The Respondents-

Appellants shall file an answering brief of no more than 20 pages or 5,600 words.

The answering brief is due 30 days after the supplemental brief is filed.

**IT IS SO ORDERED.**