UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, <br><br> Defendants-Appellants. | No. 21-55118 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB <br> Southern District of California, San Diego <br><br> ORDER |
| CHRISTOPHER GARNIER; KIMBERLY GARNIER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHELLE O'CONNOR-RATCLIFF; T.J. ZANE, <br><br> Defendants-Appellees. | No. 21-55157 <br><br> D.C. No. 3:17-cv-02215-BEN-JLB |

Before: BERZON, TALLMAN, and FRIEDLAND, Circuit Judges.

Plaintiffs-Appellees' motion for extension of time to file a supplemental brief, Dkt. No. 58, is GRANTED. The supplemental brief is due July 26, 2024. The answering brief is due 30 days after the supplemental brief is filed.

**IT IS SO ORDERED.**